**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2203**

2315 ST. PAUL STREET, LLC,

                Plaintiff - Appellant,

        v.

HARTFORD FIRE INSURANCE COMPANY,

                Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:10-cv-03641-GLR)

Submitted:  June 7, 2013          Decided:  August 7, 2013

Before DAVIS and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony G. Gorski, RICH & HENDERSON, P.C., Annapolis, Maryland,
for Appellant.  Steven M. Klepper, Mary Beth Smith, KRAMON &
GRAHAM, P.A., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

This case involves a coverage dispute for loss of property by theft under a builder's risk policy. On appeal, 2315 St. Paul Street, LLC (St. Paul) challenges the district court's grant of summary judgment in favor of Hartford Fire Insurance Company (Hartford) with respect to Plaintiff's claims alleging breach of contract and failure to act in good faith--both under Maryland law.

Our careful review of the briefing, appellate record, and relevant law compels us to conclude that the district court did not err in granting summary judgment in favor of Hartford. We affirm on the reasoning of the district court, as stated in its June 25, 2012 memorandum opinion. 2315 St. Paul St., LLC v. Hartford Fire Ins. Co., Civil Action No. GLR-10-3641, 2012 WL 2450167 (D. Md. June 25, 2012).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED